UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN RUBEO,<br><br>      Supervisee. | No. 12-cr-260 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of unsolicited submissions by non-parties Lisa Babick and Jeff Lowman concerning Supervisee John Rubeo and his compliance with the terms of his supervised release. The Court has relayed the submissions to the parties. Although the Court has not communicated with either Babick and Lowman, each has advised Probation of her/his consent to the Court's public docketing of the submissions. In light of the Court's receipt of this information and the non-parties' positions on disclosure, IT IS HEREBY ORDERED THAT that, no later than November 24, 2020, Rubeo and the government shall each submit a letter advising the Court as to whether they object to public docketing of any of the information contained in the submissions and, if so, the bases for such objections and the bases for sealing. IT IS FURTHER ORDERED THAT, if desired, Rubeo and/or the government may include their responses to the content of the submissions, and the weight, if any, to be accorded to them.

SO ORDERED.

Dated:  November 20, 2020
      New York, New York

                      _____
                      RICHARD J. SULLIVAN
                      UNITED STATES CIRCUIT JUDGE
                      Sitting by Designation