UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 12-cr-260 (RJS) |
| JOHN RUBEO, | ORDER |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached unsolicited submissions by non-parties Lisa Babick

and Jeff Lowman concerning Supervisee John Rubeo and his compliance with the terms of his

supervised release.  As the Court previously noted, Babick and Lowman have each advised

Probation of her/his consent to the Court's public docketing of the submissions (*see* Doc. No. 88),

and the parties do not object to such docketing (*see* Doc. Nos. 91, 92).  For privacy and security

purposes, the Court has redacted personal and/or private information unrelated to the submissions'

content.  It has also redacted unnecessary profanity.

As previously ordered, the Court will proceed with a conference on December 2, 2020, at

which time Rubeo is expected to admit to all three specified violations of supervised release.

Although the parties have expressed their willingness to proceed with sentencing immediately

following Rubeo's anticipated admissions, the Court will defer sentencing to a subsequent date

and will direct the parties and Probation to make sentencing submissions in advance of that

proceeding.

Because Rubeo previously requested that the December 2, 2020 proceeding take place

remotely (Doc. No. 76), the Court will conduct the conference via Skype for Business.  IT IS

HEREBY ORDERED THAT no later than 5:00 p.m. on November 30, 2020, the parties should

jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Rubeo, and Rubeo's supervising probation officer. The email should provide the telephone numbers or email accounts from which each of those persons expect to join the call. Chambers will email the parties directly in due course with further instructions for accessing the videoconference.

Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

If possible, defense counsel shall discuss the Waiver of Right to be Present at Criminal Proceeding (available at Doc. No. 74 at 3) with Rubeo prior to the proceeding. If Rubeo consents, and is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding. In the event Rubeo consents, but counsel is unable to obtain or affix Rubeo's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Rubeo's signature to the form.

SO ORDERED.

Dated:          November 25, 2020
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2

**From:**       Lisa Babick
**To:**         ███████████████
**Subject:**    Case 1:12-cr-00260-RJS - John Rubeo
**Date:**       Saturday, October 24, 2020 8:53:13 PM
**Attachments:** IMG_3271.PNG

███████████████████

Dear Judge Sullivan,

My name is Lisa Babick, and I'm an independent reporter who writes for a website called The Italian Inquisition. I just wrote a story about the order submitted to PACER on October 5 regarding government informant John Rubeo's recent appearance on The Gene & Johnny Podcast.

After a little bit more investigation, I've found even more disturbing information about Rubeo and his appearance and apparent violation of his supervised release related to that appearance. I'm a bit unclear on whether or not in addition to his violation of consorting with convicted felons, if his new career as a "professional gambler" would also fall under such violations of his release.

I was wondering if you'd be willing to speak to me regarding this issue. I've attached a link to my short article which has various documentation from Rubeo's now no longer active Instagram, and some other documentation I recently received which is attached.

I look forward to your response. BTW, John Rubeo is aka Johnny Baseball on YouTube. That particular video clip is in the article.

https://italianinquisition.com/surprise-government-informant-john-rubeo-caught-in-a-lie/

Sincerely,

Lisa Babick

███████████

and just to refresh your memory about how he "got permission"



🔒 mobtalkradioblog.blogspot.com

practically verified from his less than secret hideout in Las Vegas. On top of all his lies he's also violating his parole by associating with known felons, and gambling. This is another example of team fed,

♡ ○ ◁                                    ☐

official_jrrubeo NEXTTTT...I got permission from probation to go on the show and reported it before I went on with the "felons", also I reported to probation when I came home that my profession is a professional gambler, and it was approved and I submit my records on a monthly basis, anyone is more than welcome to check with them...
#thatsallfornow#truth#youdontwantthish eat



#20 JOHN RUBEO

The Johnny And Gene Show

0:03 / 1:25:06

← Replies                                                                                        ✕

 johnny baseball • 1 month ago
Doc Holidae thanks for watching the show, we spoke very
intelligently on the show. Were you able to keep up??? From
your writing I'm sure it was tough for you.

 👍 1    👎                                                                                              ⋮

 johnny baseball • 1 month ago
Doc Holidae the "WHOLE" is good, about 3500 square feet
with one Mercedes and one Range Rover in the driveway,
come by one day, we give spelling lessons on Friday's



0:03 / 1:25:06

← Replies                                                    ✕

 johnny baseball • 1 month ago


                                              ⋮

 johnny baseball • 1 month ago
Alicia Serra thanks for watching? I never heard of you and
nobody in that case went thru hell you whacko...you have any
money??? Want to drug test me, say my 100k to your small
$100, no drugs here last, but you sound like you may be on
some strong ███



#20 JOHN RUBEO

The Johnny And Gene Show

0:03 / 1:25:06

← Replies                                                    ✕

 johnny baseball · 3 weeks ago

Alicia Serra 5 minutes? Maybe you should look again, over
45k views and counting darling, I don't think I made a fool of
myself, I think I made a fool of people who envy that life and
think it's cool to behave like you do, all tough and hard, when
they slap the cuffs on you see how hard and tough you are
lady, don't envy that life, it's not a good life. Must a been a
good lackey, put away 5 bosses and 42 other people, that's a
damn good lackey if I may say so myself

👍    👎                                                    ⋮

 johnny baseball · 3 weeks ago

Alicia Serra and what if I come to Arthur Ave and want to just
stroll around the block? What are you gonna do to me, let me
help you answer that...NOTHING



made, people can say he won, I lost, I'm a pussy, I don't care what people say, I need to stay positive and give positive messages to everyone, we all know how me and this individual feel about each other, but I'm gonna be the better man, nobody in this world other than my family is worth that time and energy. I wish him nothing but the best, but he won't get anymore attention from me, a smart person told me the other day, I have to remember that I'm the good guy not the bad guy, anyways we will be keeping this page positive and have tons of sports content!!!
#betterman#forwardsnotbackwards

7h



  official_jrrubeo · Following      · · ·

official_jrrubeo I started this page to try and help get a message out to help kids and others get out of a horrible life in gangs and crime, I fell into a trap these past few weeks that reminds me of what I use to do and I'm not going backwards in my life nor teaching me kids to, therefore I've decided to delete certain posts I've made, people can say he won, I lost, I'm a pussy, I don't care what people say, I need to stay positive and give positive messages to everyone, we all know how me and this individual feel about each other, but I'm gonna be the better man, nobody in this world other than my family is worth that time and energy. I wish him nothing but the best, but he won't get anymore attention from me, a smart

  

4 likes

7 HOURS AGO

Add a comment...                                    Post



 official_jrrubeo • Following   •••

 **official_jrrubeo** I'll even in fact give him a thumbs up...I think he does an excellent job into giving his whole TEN followers what they want to hear, hats off, I'm sure those TEN listeners are loving it!!! But believe me my friend you don't want to go to war with me, it will be the worst career move of your life, I'm gonna absolutely destroy everything you have written

26m

 

 Liked by **geneboy666** and **2 others**

26 MINUTES AGO

Add a comment...                                    Post



official_jrrubeo • Following

official_jrrubeo Just want to give a shout out to @officialalitesports. If you're looking to make some extra cash, or even if this is something that you are considering a profession, give them a try, top notch service and cream of the crop sports betting advice!!!
#sportsbetting#sharpaction#alitesports#money

4w

Liked by geneboy666 and 2 others

AUGUST 15

Add a comment...                    Post



 official_jrrubeo • Following                    •••

 **official_jrrubeo** Grab some extra money, WNBA action. #spreadthelove#cashtrain#onthehouse

1d

                        

 Liked by **geneboy666** and **3 others**

1 DAY AGO



Ne
Ne under
Buff
Raiders
Bears

 official_jrrubeo • Following

 official_jrrubeo @moorejustint did we sweep it up today or what? #sportsbetting#sharp#easymoney #truthbetold💯

2d

moorejustint 100% will vouch for my guy JR @official_jrrubeo . Went 4-0 on picks today and that's NFL. Looking forward to NCAAF...

2d    Reply

                          

5 likes

2 DAYS AGO

OFFICIAL_JRRUBEO
**Posts**



official_jrrubeo  •••



🌐 Liked by **hootie282** and **3 others**

**official_jrrubeo** Many people don't agree with what me or some of my friends did, and that's fine, I even understand their point, but people can... more

View all 3 comments

**angiezafereo** I agree. Everyone deserves a second chance and turning their lives around  ♡

**official_jrrubeo** @angiezafereo thank you, I understand why some people say what they say, and it's fine, but enough is enough, let us be and let us try and be the best we can be now [...]  ♡

3 hours ago

    





TOP MAFIA

♡  ⚪  ◁                                          ⊓

6 likes

**official_jrrubeo** This guy is a top lawyer?
I'm glad he didn't represent me, again I
never said I turned the tapes on and off at
my leisure, because I never did, that's just
fact, and than I was a KEY WITNESS in the
Johnny T murder case, I barely knew the
guy and the ALLEGED murder took place I
believe in 1965, HEY LEVIN I WAS
BORN IN 1976, I don't think I was a key
witness in that trial
#fakenews#lies#holdthesepeopleaccounta
ble

4 hours ago

  official_jrrubeo                    ⋮

**From:** MOB TALK RADIO ███████████████

**Sent:** Saturday, October 31, 2020 12:54 PM

**To:** ████████████

**Subject:** JOHN JR RUBEO

**Attachments:** ruby 2.jpg; ruby.jpg

Judge Sullivan,

I am writing to you today, to discuss a matter regarding John Rubeo.  While I am a semi journalist, and radio show host, I think you need to be aware of a few things, that I don't know if they were brought to your attention during the trial of Joseph S. Merlino.   I attended those trials, and was assailed by JR RUBEO repeadley on social media, during that trial.   He assailed me on Facebook, for reasons, I would assume was because of my daily writeups on the proceedings of the trial.  While I do cover organized crime as a topic, I found Rubeo's act and testimony to be laughable in most instances.  My opinion aside, I wanted to include some screenshots of Rubeo attacking me in messages on social media outlets.  I think regardless of my opinion on the case, that I should have to had indulged this nonsense, as well I can give you some information.

I sued John Alite in Federal Court, Southern District of New York several years ago.  I can assert to you, that I know for a fact that John Alite and John Rubeo were in touch months prior to Rubeo being on the actual show itself.  I am sure you are aware, that John Alite and Gene Borello have been making threats to people for years and I am no different.  Myself and my attorney contacted Judge Bucklew down in Florida, because he had broken his parole agreement by hanging out with Jimmy Calandra and Patsy Adriano.  The point being, Alite, has discussed in front of me wanting to either kill John A. Gotti Jr, and or "baseball batting him."   While I am not trying to drudge up old news, Judge Bucklew in that case referred it back to Special Agent Ted Otto, who refused to deal with Alite on any level.  I am merely telling you that for reference.

As for John Rubeo, he has repeatedly harrassed me online, even recently as a few weeks ago, making a video on Instagram about me, which I don't obviously have a copy of, because I tried to ignore him,  however, he attacked me relentlessly while he was on the stand testifying against Joey Merlino.  I do believe and I could be incorrect but that Attorney Edwin Jacobs did, recieve copies of these during the trial, at least that's my belief.  I am sharing these with you as not to incite, but rather show you the type of individual John Rubeo is.

I am sure you have your hands full, and I am sure, that you have enough on your plate.  This isn't about retribution, it's about justice.  If you need any further questions answered or anyone needs to discuss anything, I am a New York resident, and whatever help I can be I will be, but I am sure, you have this under a watchful eye.

Jeff Lowman
████████████

Enclosed is two screenshots that date back to the trial of Joseph P. Merlino.  The one thing that Im wondering is how he even knew who I was.  As you can tell in one of the photos he describes how I am dressed.

1

MOB TALK RADIO - Post

**John Rubeo**
here i am you scumbag, you keep saying in all your articles what a man you are, stop ██████ blocking me and confront me you piece of ███...90% of your article is lies, confront me and stop blocking me so I can prove your a liar, you keep blocking me because your afraid ill expose what a ██████ liar you are

14m   Like   Reply   Message

**John Rubeo**
Patty Falcetti, TV boxes, all ████████ lies, all your ████████ quoting of recordings, not one of those mentioned in your article is true, ████████ lying piece of garbage...there wasn't one recording played with Patty Falcetti

12m   Like   Reply   Message

**John Rubeo**
there was never a TV box in that investigation, where the ████ do you get your facts from?

11m   Like   Reply   Message

**John Rubeo**
i can pin point every piece of that article and prove its lie after ████████ lie, all you do

Write a comment...   GIF   😊



Lower that a rat you are you ██████████ Stick up for the gangster but condem the cooperator. Lol that's some point of view you stupid ██████████

I saw you at the trail in your track suit with your slick back hair. Your a mobster wannabe jerk off. That's all you are. Maybe you'll do the world a favor and end your life.

8:59 PM



How much of Joey ████ you suck every morning during that banter you miss...is it the banter you miss...his ████ in your mouth...or the fact he's actually speaking in your direction you wanna be ██████

9:14 PM