UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN RUBEO,

Supervisee.

No. 12-cr-260 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a motion by Assistant United States Attorney Max Nicholas to withdraw as counsel on behalf of the United States.  (Doc. No. 97.)  IT IS HEREBY ORDERED THAT Nicholas's motion is granted, and his appearance is withdrawn as of the date of this Order.  The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 97.  The Court extends its best wishes to Mr. Nicholas in all his future endeavors.

SO ORDERED.

Dated:  December 23, 2020
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation